IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**SCOTT A. SHARP,**                                          06-CV-1843-BR

       **Plaintiff,**                                  **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

       **Defendant.**


**MERRILL SCHNEIDER**
14415 S.E. Stark
P.O. Box 16310
Portland, OR 97292
(503) 255-9092

       Attorney for Plaintiff

**KAREN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue
Suite 600
Portland, OR  97204-2902
(503) 727-1053


1 - JUDGMENT OF REMAND

Case 3:06-cv-01843-BR   Document 25   Filed 05/30/08   Page 2 of 2

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**STEPHANIE R. MARTZ**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-3748

       Attorneys for Defendant

**BROWN, Judge.**

    Based on the Court's Amended Opinion and Order (# 24) issued May 29, 2008, the Court **REVERSES** the Commissioner's final decision and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.

    DATED this 30th day of May, 2008.

                                      Garr King for

                                      ANNA J. BROWN
                                      United States District Judge