Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

FILED'09 AUG 31 15:02USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

SCOTT SHARP,
        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security,
        Defendant.

CV # 06-1843-BR

ORDER

The court finds and orders an attorney fee of $7010.75 pursuant to 42 U.S.C. § 406(b).

This court previously awarded Equal Access to Justice Act fees of $4570.73 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $7010.75, Plaintiff's attorney will refund $4570.73, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 31st day of August, 2009.

*Anna J. Brown*
Anna J. Brown
United States District Judge